ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BURDETTE SCHULZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>Defendants. | CASE NO. 2:26-cv-02747-DJC-SCR<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. On August 11, 2026, Plaintiffs filed a complaint seeking relief under the Administrative Procedures Act relating to delay in processing Form I-130 Petition for Alien Relative and I-131 Application for Travel Documents. The Complaint was served on August 18, 2026, making the current response deadline October 19, 2026. Counsel for Defendants is in communication with agency counsel but has not yet received substantive information about the subject petitions and the agency position. While the parties have opened a dialogue regarding the facts in the Complaint, more time is needed to meaningfully discuss the current status, facts, and law in a meet and confer effort. Based on this status, the parties stipulate and jointly request an extension of the current deadline for Defendants to respond for a period of approximately thirty (30) days. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

///

Based on the foregoing, the parties stipulate that the new date for Defendants to file an answer or other responsive pleading is November 18, 2026. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

DATED: October 19, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Christina Sullivan Castro (as authorized on October 19, 2026)*
CHRISTINA SULLIVAN CASTRO
Counsel for Plaintiff

ORDER

Based on the foregoing stipulation, it is hereby ORDERED that:

1. Defendants shall have through and including November 18, 2026 to file their response or alternate pleading; and
2. Any and all other deadlines shall be extended for a similar period of time.

Dated: October 19, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE