ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BURDETTE SCHULZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>Defendants. | CASE NO. 2:26-cv-02747-DJC-SCR<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. On Plaintiffs' Complaint seeks relief under the Administrative Procedures Act relating to delay in processing Form I-130 Petition for Alien Relative and I-131 Application for Travel Documents. The parties previously sought and received one extension of time through and including November 18, 2026. ECF ## 6, 7. Over the time since this extension, the agency adjudicated the subject Form I-130 Petition and is currently in the process of adjudicating the remaining Form I-131 Application. Based on this status, the parties stipulate and jointly request an extension of the current deadline for Defendants to respond for a period of approximately thirty (30) days. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

Based on the foregoing, the parties stipulate that the new date for Defendants to file an answer or other responsive pleading is December 20, 2026. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

DATED: November 19, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Christina Sullivan Castro (as authorized on November 19, 2026)*
CHRISTINA SULLIVAN CASTRO
Counsel for Plaintiff

# ORDER

Based on the foregoing stipulation, it is hereby ORDERED that:

1. Defendants shall have through and including December 21, 2026 to file their response or alternate pleading; and
2. Any and all other deadlines shall be extended for a similar period of time.

Dated: November 19, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE